# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Jennifer DeVito Jigarjian

                          Plaintiff,

V.

Anthem, Inc., et al.

                          Defendant.

Case No. 15CV0316-DMS-JMA

FILED 15 FEB 20 PM 1:55

REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

DEPUTY

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low-Numbered Case No.:   15CV0279-GPC-JMA

      Title:   Slater v. Anthem, Inc. et al

      Nature of Case:   110: insurance

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☐ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☐ | (6) | for other reasons would entail unnecessay duplication of labor if heard by different judges. |

**New Case #:**   15CV0316-GPC-JMA

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:   2/17/15                         By:  s/D. Sutton

                                                                            D. Sutton, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:   02/19/15

                                                          Gonzalo P. Curiel
                                                          United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Gonzalo P. Curiel and Magistrate Judge Jan M. Adler for all further proceedings.

Dated:   2-20-15

                                                          Dana M. Sabraw
                                                          United States District Judge